819 F.2d 1137
 Blue Cross & Blue Shield of Virginia, Blue Cross & Blue
Shield of National Capital Area, Inc., Blue Cross & Blue
Shield of Capital Area, Inc., Capital Area Blue Cross & Blue
Shield, Inc., Blue Cross & Blue Shield of District of
Columbia, Inc., Metropolitan Blue Cross & Blue Shield, Inc.,
Six Staples Mill Corporation
v.
Capitalcare, Inc., Access America, Inc.
 NO. 86-2617
 United States Court of Appeals,
Fourth Circuit.
 MAY 20, 1987
 
 1
 Appeal From: E.D.Va.
 
 
 2
 AFFIRMED.